UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY ANN ZAPIEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:16-cv-1206-EFB<br><br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Title II and XVI of the Social Security Act. Plaintiff, however, has commenced this action in the wrong district.

The Social Security Act's venue statute provides that an individual may obtain review of a final decision of the Commissioner by filing a civil action in the district court for the judicial district in which the plaintiff resides. 42 U.S.C. § 405(g). According to the complaint, plaintiff resides in Spring Valley, California (ECF No. ¶ 1), which is located in San Diego County. Thus, the Eastern District is not a proper venue for this action. *See* 28 U.S.C. 84(b)

The court will transfer this action to the United States District Court for the Southern District of California. *See* 28 U.S.C. §§ 84(d), 1404(a). The court declines to take action on plaintiff's application to proceed *in forma pauperis*.

1

1  Accordingly, it is hereby ORDERED that this action is transferred to the United States
2  District Court for the Southern District of California.
3  DATED: June 8, 2016.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

2